

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALBERTO MONTELONGO, | § | No. 08-16-00001-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 243rd District Court |
| | § | |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| | § | |
| State. | § | (TC# 20150D02224) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time to file the brief until **August 21, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before August 21, 2016.

IT IS SO ORDERED this 22nd day of July, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.